# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JaJuan Anthony Brown,

    Plaintiff,                                Case No. 24-12638
                                                Hon. Jonathan J.C. Grey

v.

Department of Defense.,

    Defendant.
_____/

## OPINION AND ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION (ECF No. 13)

Before the Court is pro se Plaintiff JaJuan Anthony Brown's motion for reconsideration of the Court's previous order denying his motion to amend the complaint. (ECF No. 13.) For the reasons stated below, the Court **DENIES** Brown's motion for reconsideration.

### I.  BACKGROUND

On October 7, 2024, Brown filed a complaint alleging civil rights violations and an application to proceed in forma pauperis. (ECF Nos. 1–2.)  On April 1, 2025, the Court granted Brown's application to proceed without prepaying fees or costs and summarily dismissed the complaint as frivolous. (ECF No. 8.)

Subsequently, Brown filed a motion to amend his complaint, which consisted of one paragraph asking, "to amend [his] complaint for a better complaint with more evidence." (ECF No. 10, PageID.26.) Brown did *not* attach an amended complaint to the motion. The Court denied his request, specifically noting that "Brown [did] not attach a proposed amended complaint to his motion to amend … [and thus,] [w]ithout a proposed amended complaint, the Court [was] unable to consider Brown's request." (ECF No. 12.) This motion for reconsideration, in which Brown "urges the Court to [a]llow [his] new evidence and claims to be used in [his] ask to … [a]mend [his] [c]omplaint" followed. (ECF No. 13, PageID.31.) The motion, again, does not include a proposed amended complaint.

## II.    LEGAL STANDARD

Eastern District of Michigan Local Rule 7.1(h) provides, in relevant part:

(h) Motions for Rehearing or Reconsideration.

* * * * *

(2) Non-Final Orders. Motions for reconsideration of non-final orders are disfavored. They must be filed within 14 days after entry of the order and may be brought only upon the following grounds:

(A) The court made a mistake, correcting the mistake changes the outcome of the prior decision, and the mistake was based on the record and law before the court at the time of its prior decision;

(B) An intervening change in controlling law warrants a different outcome; or

(C) New facts warrant a different outcome and the new facts could not have been discovered with reasonable diligence before the prior decision.

To succeed on a motion for reconsideration, the movant "must show that the Court made a mistake based on the record before it and rectifying the mistake would change the outcome." *Dassault Systèmes, SA v. Childress*, 828 F. App'x 229, 236–237 (6th Cir. 2020) (citation omitted). Moreover, "[a] motion for reconsideration is not intended as a means" for a party to "rehash" arguments that the Court has rejected. *Saltmarshall v. VHS Children's Hosp. of Michigan, Inc.*, 402 F. Supp. 3d 389, 393 (E.D. Mich. 2019).

### III. ANALYSIS

Brown's motion for reconsideration does not articulate any legal basis for reconsideration of the Court's prior order. He does not argue that the Court made a mistake, that an intervening change in the law warrants a different outcome, nor that new facts that could not have been

3

previously discovered warrant a different outcome. E.D. Mich. LR 7.1(h)(2). Instead, his motion primarily details the extensive difficulties he attributes to "Directive 3000.09, Autonomy in Weapons" and reasserts allegations made in the initial complaint. (ECF No. 13, PageID.31–34.)

While the Court regrets hearing of the hardships faced by Brown, it has been presented with no *legal basis* to reconsider its denial of Brown's request to amend his complaint. Further, this is now the second time Brown has indicated an intent to file an amended complaint, but he again has failed to provide the Court with any proposed amendment to consider. Accordingly, the Court **DENIES** Brown's motion for reconsideration.

## IV. CONCLUSION

For the reasons stated above, the Court **DENIES** Brown's motion for reconsideration.

**SO ORDERED.**

Date: December 18, 2025

**s/Jonathan J.C. Grey**
Hon. Jonathan J.C. Grey
United States District Judge

4

Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 18, 2025.

                        s/ S. Osorio
                        Sandra Osorio
                        Case Manager